IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | 4:13CV3205 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ELLEN POLAND, MARK LUND, STEVE JENKINS, JIM PAYNE, HAROLD MURREN, JOHN/JANE DOE, Mail Room Manager, and JOHN/JANE DOE, Records Manager, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 9.) The court dismissed this matter without prejudice on February 4, 2014, because Plaintiff failed to pay the court's filing and administrative fees or submit a request for leave to proceed in forma pauperis. (Filing No. 7.) On February 24, 2014, Plaintiff submitted his request for leave to proceed in forma pauperis together with this motion. (*See* Filing No. 9 at CM/ECF pp. 3-4.) Plaintiff states in his Motion for Reconsideration that he did not receive the court's order requiring him to submit a request for leave to proceed in forma pauperis, and that he is having difficulty receiving legal mail at his current place of incarceration. (*Id.* at CM/ECF p. 1.) For good cause shown, the court will reopen this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Reconsideration (Filing No. 9) is granted.

2.	The clerk's office is directed to reopen this matter in accordance with this Memorandum and Order, and separately docket as a pending motion Plaintiff's request for leave to proceed in forma pauperis (i.e., Filing No. 9 at CM/ECF pp. 3-6).

3.	The clerk's office is directed to request an inmate trust account statement from the appropriate official at Plaintiff's institution of incarceration.

DATED this 2nd day of May, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge'

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.