IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | 4:13CV3205 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ELLEN POLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On June 9, 2014, the court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis and assessed an initial partial filing fee in the amount of $6.70. (Filing No. 14.) The court warned Plaintiff that his case would be dismissed if he failed to pay the initial partial filing fee by July 10, 2014. The July 10, 2014 deadline has passed and Plaintiff has not paid the initial partial filing fee or requested an extension of time in which to do so. Accordingly, Plaintiff's case is dismissed for failing to comply with this court's orders. See Fed. R. Civ. Pro. 41(b); *see also* Conley v. Holden, 109 Fed. Appx. 846 (8th Cir. 2004) (affirming district court's dismissal of inmate's case for failing to pay the assessed initial partial filing fee).

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's Complaint (Filing No. 3) is dismissed without prejudice because Plaintiff failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 18th day of July, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.